UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 25-44440 |
| ANGELA L JONES | ) | Chapter 13 |
| | ) | |
| | ) | Trustee's Objection to Confirmation |
| | ) | Original Confirmation Hearing set for: |
| Debtor | ) | January 29, 2026 10:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The plan does not represent Debtor's best efforts to repay creditors, 11 U.S.C. § 1325(b), in that:
Official Form 122C-1 omits contribution Debtor testified she has been receiving for years from a significant other. It appears that inclusion of the contribution would render Debtor above median income and require 122C-2 to be completed.
2. The plan does not contain enough funds to pay secured and priority creditors in full and pay the amount guaranteed to general unsecured creditors (if any). 11 U.S.C. §§ 1322(a)(2) and 1325(a)(5)(B)(ii). The approximate amount of the shortfall is $4,232.
3. The plan improperly addresses the mortgage debt to Mr. Cooper. Debtor testified that she is on the deed but not on the loan because she inherited the property. Additionally, Debtor does not reside in the property or intend to reside in the property. The debt should either be paid pursuant to plan paragraph 3.3(C) or provide for payment directly by Debtor's brother in paragraph 5.1.
4. The Trustee objects to Debtor's claim of exemptions on Schedule C in that Debtor is not entitled to claim a homestead exemption. The exemption is for a primary residence. Debtor testified that she does not live in or intend to reside in the property. Schedule C should be amended. The Trustee notes that there does not appear to be any non-exempt equity in the property with the removal of the exemption due to priority debt.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: January 07, 2026

OBJCONFAF--JMP

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660
Attorney for Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100 Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 07, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on January 07, 2026.

ANGELA L JONES
1755 WOODRIDGE LANE
FLORISSANT, MO  63033

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660