```
UNITED STATES BANKRUPTCY COURT
  EASTERN DISTRICT OF MISSOURI
        EASTERN DIVISION
```

| | | |
|---|---|---|
| IN RE: | ) | NO: 25-44440 |
| | ) | CHAPTER 13 |
| Angela Jones, | ) | Hearing Date: |
| | ) | Hearing Time: |
| | ) | Courtroom: 7 South |
| Debtor. | ) | |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

1. Debtor states that her 2018 Nissan Sentra was "totaled" in an automobile accident in January 0f 2026 but Debtor fails to state whether Debtor had insurance coverage at the time of the accident or whether any insurance coverage, either from a policy of Debtor or a policy from a third party, will cover the damage to the 2018 Nissan Sentra.

a) The 2018 Nissan Sentra is collateral for a debt to Navy Federal Credit Union (see claim #14).

**WHEREFORE**, the Trustee prays that the Court deny Debtor's motion to incur debt; and for such other relief as this Honorable Court deems necessary and just under the circumstances.

Respectfully Submitted,

/s/ Joseph M. Wilson
Diana S. Daugherty

Chapter 13 Trustee
Joseph M. Wilson
FED#51849MO; MO#51849
Attorney For Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100
(314) 781-8881 (fax)
E-Mail: trust33@ch13stl.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court on the  5th  day of February, 2026, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below, on the  5th  day of February, 2026:

Angela Jones
1755 Woodridge Lane
Florissant, MO 63033

/s/ Joseph M. Wilson